Appeal No. 79-378. ALAN F. MACDONALD *et al. v.* RICHARD M. VARS *et al.* The defendants' motion to dismiss plaintiffs' appeal is granted.

Mr. Justice Doris did not participate. *Vernon A. Harvey, Gregory F. Fater*, for plaintiffs, *Moore, Virgadomo & Lynch, Ltd., Joseph Palumbo, Jr.*, for defendants.

January 4, 1980.

M. P. No. 79-420. TOWN OF SOUTH KINGSTOWN *v.* MICHAEL SIRENSKI *et al.* The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Robert B. Gates*, for petitioner, *Michael F. Horan*, for respondents.

January 10, 1980.

M. P. No. 79-330. PETITION OF RHODE ISLAND DEFENSE ATTORNEYS ASSOCIATION. The petition of the Rhode Island Defense Attorneys Association requesting promulgation of a rule authorizing open-panel prepaid legal service plans and prohibiting closed-panel plans, as prayed, is denied.

Mr. Justice Doris did not participate. *Aram K. Berberian*, for petitioner.